Clerk's Office
Filed Date: 8/12/2025
Received on 8/14/2025 CCF

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 1 2 2025 ★

BROOKLYN OFFICE

RECEIVED
AUG 1 2 2025
PRO SE OFFICE

 # UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF NEW YORK**

---

Victor Quinteros Marquina,
 Plaintiff,

v.

Husky House LLC (Lorraine Healy), ASPCA, NYPD, Staten Island Sheriff's Office, Sheriff Teresa Russo, Staten Island Advance, Mr. & Mrs. Tommy Chiu, Samantha Gonzalez, Cynthia Burns, and The City of New York,
 Defendants.

**Case No. 25-CV-3497 (RER)(CLP)**

---

# MOTION FOR RECONSIDERATION

**Pursuant to Fed. R. Civ. P. 59(e) and 60(b)**

---

## I. INTRODUCTION

Plaintiff **Victor Quinteros Marquina** respectfully moves this Honorable Court to reconsider its **Memorandum and Order dated July 15, 2025**, and the **Judgment entered July 16, 2025**, which dismissed the above-captioned case. This motion is submitted under **Federal Rules of Civil Procedure 59(e) and 60(b)** to correct clear factual errors, present newly discovered evidence, and prevent manifest injustice.

---

## II. GROUNDS FOR RECONSIDERATION

---

REC'D IN PRO SE OFFICE
AUG 14 '25 PM 4:28

**A. New and Overlooked Evidence Contradicts the Basis of Dismissal**

1. **Discovery video evidence** shows healthy, energetic dogs — including **Triton**, later reported as injured — running freely on the property at the time of seizure on **July 29, 2022**.

2. Clean **water containers were visible** in the footage. Officers spilled them during the seizure, creating visible water marks on the ground — disproving the claim of dehydration.

3. Photos used to justify the seizure represented only **5% of the total property**. The remaining **95% was clean, maintained, and well-organized**. Trash by the door had been staged for pickup — not abandonment or squalor.

4. All dogs were documented as **vaccinated and licensed**. Plaintiff has produced full vaccination records, registration paperwork, and license tags, particularly for the oldest animals.

5. There were at least **six bags of dog food on site**, and all dogs were fed **twice daily**. Any leftover food was due to natural animal behavior (i.e., saving food), not neglect. The animals roamed a **full acre** with **ventilation, tree shade, natural light, outdoor shelter, and supervised care** — not cages or confinement.

---

**B. Seizure and Death of Service, Working, and Therapy Animals**

Of the 24 seized dogs:

- **Zeus, Jack**, and **Triton** were killed after seizure.

- **One puppy died during the seizure itself.**

- **One adult female husky** was also euthanized.

- **Meeka**, a senior service dog turning **13 years old**, is still being held — a cruel and medically dangerous separation.

- **Apollo** and **Anastasia** remain unjustly retained.

All dogs were:

- ADA-qualified or in training

- Service animals or therapy animals

- Part of Plaintiff's **developing nonprofit program** for sled work and disability support

Their seizure and destruction were not just unconstitutional — they were inhumane and professionally ruinous.

---

## C. Prior City Inspection Confirmed Legitimate Operations

City personnel had **inspected the premises weeks before the seizure** and knew of Plaintiff's efforts to build a **licensed therapy and sled training center**. The idea that the property was suddenly deemed "unfit" or unlawful directly contradicts the official record.

---

## D. Evidence of Bias and Improper Influence

1. **Sheriff Teresa Russo**, who secured the seizure warrant, appeared publicly with a **PETA slogan overlay** on social media. This suggests **preexisting bias** toward Plaintiff's lawful ownership and working dog program.

2. **Husky House (Lorraine Healy)** publicly posted Plaintiff's **home address**, incited public pressure, and helped initiate the seizure. This constitutes **improper private influence over public law enforcement**.

3. **Cynthia Burns**, a named defendant, has a public reputation linked to animal-related property intrusion. Plaintiff reserves the right to investigate possible ties to law enforcement or animal control.

---

## E. ADA Violations and Emotional Harm

Plaintiff lives with documented disabilities. His service dogs — including **Meeka**, **Zeus**, and others — were medically necessary companions. Their forced removal and deaths caused:

- Severe psychological and medical trauma

- Ongoing emotional damage

- Disruption of Plaintiff's ADA rights and services

These are constitutional violations under the **ADA**, **Rehabilitation Act**, and **Section 1983**.

---

## III. LEGAL GROUNDS FOR RELIEF

Plaintiff invokes:

- **Fed. R. Civ. P. 59(e)** — to correct manifest factual and legal errors

- **Fed. R. Civ. P. 60(b)(1), (2), and (6)** — for mistake, newly discovered evidence, and any other reason justifying relief

Dismissal under the Younger doctrine was premature and did not address Plaintiff's federal claims, ADA rights, or newly emerged facts.

---

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. **Vacate** the judgment and memorandum order entered July 15–16, 2025

2. **Reopen the case** and allow leave to amend the complaint

3. **Restore Plaintiff's in forma pauperis status**

4. **Issue a stay** on further adoption or euthanasia of any of Plaintiff's dogs

5. **Permit limited discovery** into bias, unlawful warrant procurement, and interference by private actors

6. **Set a hearing** or conference to address the issues and correct the record

---

## V. CONCLUSION

This is not merely a property dispute — it is a civil rights case involving service dogs, constitutional violations, and a massive miscarriage of justice. Plaintiff seeks to correct the record, protect his surviving animals, and secure the return of those who were taken without lawful cause.

Respectfully submitted,

**Victor Quinteros Marquina**
99 Wall Street, Suite 1528
New York, NY 10005
victorqu@yahoo.com
(646) 621-4277

Dated: August 7, 2025

_____

State of New York, County of New York
Sworn to before me on 07 day
of AUGUST 20 25

JACK CHOW
Notary Public - State of New York
No. 01CH6015416
Qualified in New York County
Commission Expires October 26, 2026

# Supreme Court of the State of New York
# Appellate Division: Second Judicial Department

M294137
AFA/

HECTOR D. LASALLE, P.J.
FRANCESCA E. CONNOLLY
LARA J. GENOVESI
CARL J. LANDICINO, JJ.

2023-10535

The People, etc., respondent,                                 ORDER TO SHOW CAUSE
v Victor Quinteros, appellant.

(Ind. No. 70662/2022)

Appeal from a judgment of the Supreme Court, Kings County, rendered September 8, 2023.  Motion by the appellant pro se for leave to prosecute the appeal as a poor person and for the assignment of counsel.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

ORDERED that on the Court's own motion, the appellant is directed to show cause before this Court why the appeal should not be dismissed on the ground that the notice of appeal from the judgment was untimely (*see* CPL 460.30), by uploading an affirmation or an affidavit on that issue, with proof of service thereof, through the digital portal on this Court's website, on or before March 11, 2024, or, if so advised, to make a motion pursuant to CPL 460.30 to deem the notice of appeal timely filed; and it is further,

ORDERED that pursuant to County Law § 722 the following named attorney is assigned as counsel to respond to the order to show cause or to make a motion pursuant to CPL 460.30:

Patricia Pazner
Appellate Advocates
111 John Street - 9th Floor
New York, New York 10038

and it is further,

February 9, 2024                                              Page 1.

PEOPLE v QUINTEROS, VICTOR

ORDERED that the appellant's motion is held in abeyance pending determination of this Court's motion to dismiss the appeal; and it is further,

ORDERED that the Acting Clerk of this Court, or his designee, is directed to serve a copy of this order to show cause upon the appellant at the appellant's last known place of residence, or, if the appellant is imprisoned, at the institution in which the appellant is confined, upon the attorney named above, and upon the District Attorney, by ordinary mail pursuant to CPL 470.60(2).

LASALLE, P.J., CONNOLLY, GENOVESI and LANDICINO, JJ., concur.

ENTER:

Darrell M. Joseph
Acting Clerk of the Court

February 9, 2024                                                                                     Page 2.

PEOPLE v QUINTEROS, VICTOR

# APPELLATE ADVOCATES

### 111 JOHN STREET - 9TH FLOOR, NEW YORK, NEW YORK 10038
### PHONE: (212) 693-0085   FAX: (212) 693-0878

*ATTORNEY-IN-CHARGE*
**PATRICIA PAZNER**

*ASSISTANT ATTORNEYS-IN-CHARGE*
**DAVID P. GREENBERG**
**MARK W. VORKINK**
**WILLIAM G. KASTIN**

*MANAGING ATTORNEY*
**ANNA KOU**

June 10, 2025

Hon. Mario F. Mattei
Richmond County Supreme Court, Part 16
26 Central Avenue
Staten Island, NY 10301

Re:   People v. Victor Quinteros
A.D. No. 2023-10535
Ind. No. 70622/2022

Your Honor:

Appellate Advocates was assigned by the Appellate Division, Second Department to represent Mr. Victor Quinteros in connection with his appeal from a judgment of the Supreme Court, Richmond County, rendered on September 8, 2023, under Richmond County Ind. No. 70662/2022.

Currently, Mr. Quinteros's appeal is still pending because we have not yet received any minutes or a copy of the Supreme Court file for his case. We are continuing to follow up with the Appellate Division, Second Department, and the Appeals Bureau of the Richmond County, Supreme Court to obtain them.

If I can provide any further information, please feel free to contact me at akou@appad.org, and I would be happy to address them.

Sincerely,

Anna Kou
Managing Attorney
(212) 693-0085, ext. 244

# My Licensed Dogs (Victor)

*Note: 5 Adult Service Dogs Licensed not expired by July, 29, 2022 at the time of the arrest.*

**You own 5 dog(s) in need of license renewal. Your shopping cart contains all licenses that ar up for renewal, with checked boxes next to the corresponding dog name(s). Uncheck the bo next to any dog license you do not wish to renew.**

Dog Details

Upload Image

## Eta

Status: **License expired**

Expiration Date: **06-04-2023**

License Number: **3472212**

Spayed/Neutered: **Yes**

Base Fee Amount: **$8.50**

License History

Fees

Expired License Fee: **$17.00**

Total Due: **$25.50**

$0.00

Sub Total

$0.00

Dog Details

Upload Image

# Meeka

Status: **License expired**

Expiration Date: **03-20-2023**

License Number: **3471575**

Spayed/Neutered: **Yes**

Base Fee Amount: **$8.50**

License History

Fees

Expired License Fee: **$17.00**

Total Due: **$25.50**

$0.00

Dog Details

Upload Image

# Sophia

Status: **License expired**

Expiration Date: **01-13-2023**

License Number: **3511477**

Spayed/Neutered: **Yes**

Base Fee Amount: **$8.50**

License History

**Sub Total**

**$0.00**

Fees

Expired License Fee: **$17.00**

Total Due: **$25.50**

$0.00

Dog Details

Upload Image

## JACK

Status: **License expired**

Expiration Date: **12-23-2022**

License Number: **3471599**

Spayed/Neutered: **Yes**

Base Fee Amount: **$8.50**

License History

Fees

Expired License Fee: **$17.00**

Total Due: **$25.50**

**$0.00**

Dog Details

Upload Image

## ZEUS

Status: **License expired**

Expiration Date: **12-23-2022**

License Number: **3471503**

Spayed/Neutered: **Yes**

Base Fee Amount: **$8.50**

License History

**Sub Total**

**$0.00**

Fees

Expired License Fee: **$17.00**

Total Due: **$25.50**

**$0.00**

## RABIES VACCINATION CERTIFICATE
### NASPHV FORM 51 (revised 2007)

**34465**

| | |
|---|---|
| RABIES TAG # | 114325 |
| MICROCHIP # | |

Owner's Name & Address    Print Clearly

| LAST | FIRST | M.I. | TELEPHONE # |
|---|---|---|---|
| Quinteros | Victor | | (917) 870-1026 |

| NO. | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| 7 | Navy Pier Court | Staten Island | NY | 10304 |

| SPECIES | AGE | SIZE | PREDOMINENT BREED | PREDOMINANT COLORS/MARKINGS |
|---|---|---|---|---|
| Dog [X] | 1  Months [ ]  Years [X] | Under 20 lbs. [ ]  20 - 50 lbs. [ ]  Over 50 lbs. [X] | Husky | Tan x White |
| Cat [ ] | | | | |
| Ferret [ ] | SEX [ ] Male | | | |
| Other: [ ] | [X] Female | | ANIMAL NAME | |
| (specify) | [ ] Neutered | | Anastasia | |

| Animal Control License [X] 1 Yr  [ ] 3 Yr  [ ] Other _____ |
|---|

| DATE VACCINATED | Product Name: | Veterinarian's Name: |
|---|---|---|
| 03/06/20 | Nobivac 3 Rabies | Dennis Herstein, DVM |
| Month / Day / Year | Manufacturer: (First 3 letters) | M E R |

License Number: 003175

| NEXT VACCINATION DUE BY: | [X] 1 Yr USDA Licensed Vaccine  [ ] 3 Yr USDA Licensed Vaccine  [ ] 4 Yr USDA Licensed Vaccine |
|---|---|
| 03/05/20 | [X] Initial dose   [ ] Booster dose |
| Month / Day / Year | 350981A |
| | Vaccine Serial (lot) Number |

Veterinarian's Signature

Address: Vet Mobile
Box 656712, N.Y., NY 11365
718-544-PETS (7387)

# Hylan Animal Hospital

1200 Hylan Blvd.
Staten Island, NY 10305
347-934-3377
www.HylanAnimalHospital.com

*Victor Quinteros (# 3877)*
417 Broadway
New York, NY   10013

**May 03, 2022**

**Invoice Number**
**42041**

*Damian Max (#    F)*
Species: Canine
Sex: Male
Age: 1 year and 9 months old
Breed: Siberian Husky
Coat Color: Black/White
Rabies Tag Number: 16859
Rabies Serial Numbe 532530
Rabies Brand Name: DEFENSOR1
Tattoo #:
Microchip #: 985141004735831

Rabies Vaccination: 05/03/2023
Annual Physical Exam : 05/03/2023
DA2PP: 05/03/2023

| Date | Description | Qty | | Price |
|------|-------------|-----|---|-------|
| 05/03/2022 | Exam Puppy Wellness | 1 | $ | 45.00 |
| | DA2PP annual | 1 | $ | 33.00 |
| | Rabies Vaccine Canine 1Y | 1 | $ | 43.00 |
| | Medical Waste | 1 | $ | 6.00 |
| | Microchip HOMEAGAIN w/registration | 1 | $ | 70.00 |

Dr. Andrey Dembitsky

| | | |
|---|---|---|
| **Total for Damian Max:** | $ | 197.00 |
| **Total Invoice:** | $ | 197.00 |
| **Previous Balance:** | $ | 0.00 |
| **Total Amount Due:** | $ | 197.00 |
| MasterCard | $ | 197.00 |
| **Total Payments - Thank you:** | $ | 197.00 |
| **New Balance Due:** | $ | 0.00 |

(Copy of Original Invoice Number 42041)          Page 1 of 1                                          Cashier:  KK



/19/2022

**NYPD CASE # CR 2022-120-05680**
**AAH# 250980A**
**A# A50780668**

The ASPCA is requesting permission to euthanize Raphael, an approximately 6-year-old intact Siberian Husky mix dog, who was brought to the ASPCA by the NYPD on July 29, 2022. His aggressive behavior toward people prevents him from being considered an adoptable animal.

He has threatened multiple handlers on multiple occasions: making and maintaining direct eye contact, growling, and snapping. He cannot be safely handled without the use of sedation and therefore does not have any opportunity to leave his kennel. Due to being confined to a kennel, he is unable to get the appropriate exercise and enrichment required to maintain a good quality of life.

Raphael's aggressive behavior toward people poses a significant safety risk to people in the community and therefore, renders him unsuitable for adoption. We request permission to euthanize him as soon as possible.

**Adi Hovav**

## Adi Hovav

Senior Manager of Behavior
Adoption Center
ASPCA
424 East 92nd Street
New York, NY 10128
adi.hovav@aspca.org



WE ARE THEIR VOICE.®

10/20/2022
**NYPD CASE # CR 2022-120-05680**
**AAH# 250990A**
**A#** A50780798

The ASPCA is requesting permission to euthanize Hopper, an approximately 10-month-old intact Siberian Husky mix dog, who was brought to the ASPCA by the NYPD on July 29, 2022. His medical conditions unfortunately make him a poor adoptions candidate and carries a guarded long-term prognosis.

On intake, Hopper was found to be underweight with healing wounds on his face and left front leg. Since admission, he has a history of intermittent diarrhea, despite treating his intestinal parasites. While he has gained some weight since admission, he continues to be underweight despite appropriate caloric intake. The combination of poor weight gain, intermittent diarrhea, and intermittent loss of appetite raises the concern for an underlying gastrointestinal disease such as Inflammatory Bowel Disease.

In August Hopper was noted to be markedly polyuric (increased urination) and polydipsic (increased thirst) and further diagnostics revealed that he has kidney disease, an uncommon finding in young dogs like Hopper. Recently, Hopper has required hospitalization due to a decreased appetite, vomiting blood, and diarrhea, which is believed to be due to his underlying gastrointestinal disease.

Long-term, Hopper would have multiple complex medical conditions. He would require regular monitoring of his kidney disease as this is a progressive, uncurable condition. For his intestinal disease, he would require further diagnostics to look for the underlying cause but would require long-term medical management. Medication choice would be limited as some of the medications used to control gastrointestinal disease are not recommended to be used with underlying kidney disease.

Given the above we feel Hopper has a poor quality of life and are recommending humane euthanasia for him.

**Danielle Delfino**

*Danielle Delfino*

Danielle Delfino, DVM
Manager, Veterinarians, Adoption Center
ASPCA
Danielle.delfino@aspca.org
work phone: (212) 876-7700 ext. 4791



END **AIDS**. LIVE LIFE.

**GMHC**

307 W 38th St

New York, NY 10018

**RE: Verification of Counseling Services**

To Whom It May Concern,

I am writing to confirm that Victor Quinteros has been engaged in individual mental health counseling services at GMHC (Gay Men's Health Crisis) since **January 9, 2024**. He has been participating in sessions on a regular basis and is considered **an active client** in treatment at this time.

Due to confidentiality and in accordance with HIPAA regulations, no further details about the nature or content of our sessions can be disclosed without the client's written consent.

Please feel free to contact me directly should you require any further information or documentation with appropriate authorization.

Sincerely,

**Bobby Matoney, LMHC**

Licensed Mental Health Counselor

GMHC

License #016026

bobbym@gmhc.org

## Staten Island Mobile Vet

### P: (718) 356-3010

## Vaccination Record for Digamma Quinteros - Victor Quinteros

**Patient's Current Highlights**

| | |
|---|---|
| Client | Victor Quinteros (P: : (347) 938-7354 \| P: : (917) 870-1026 \| P: : (332) 236-1454) |
| Patient | Digamma Quinteros (Female - 3 years 8 months) |
| Breed | Canine - Husky |
| Status | Active (6/9/2020) |
| Weight | 26.7 LBS (12.1110KG) |
| Last Activity | 6/9/2020 |

**Vaccination Record**

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 6/9/2020 | Rabies Inventory | | 293127 | 6/9/2023 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | DHLPP Booster | | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | Rabies | 0100 | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 5/12/2020 | DHLPP Initial | | | 6/12/2020 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |

## Staten Island Mobile Vet

### P: (718) 356-3010

## Vaccination Record for Eta Quinteros - Victor Quinteros

### Patient's Current Highlights

| | |
|---|---|
| Client | Victor Quinteros (P: : (347) 938-7354 \| P: : (917) 870-1026 \| P: : (332) 236-1454) |
| Patient | Eta Quinteros (Female - 3 years 8 months) |
| Breed | Canine - Husky |
| Status | Active (6/9/2020) |
| Weight | 23.9 LBS (10.8410KG) |
| Last Activity | 6/9/2020 |

### Vaccination Record

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 6/9/2020 | Rabies Inventory | | 293127 | 6/9/2023 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | DHLPP Booster | | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | Rabies | 0103 | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 5/12/2020 | DHLPP Initial | | | 6/12/2020 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |

### Staten Island Mobile Vet

### P: (718) 356-3010

### Vaccination Record for Epsilon Quinteros - Victor Quinteros

**Patient's Current Highlights**

| | |
|---|---|
| Client | Victor Quinteros (P: : (347) 938-7354 | P: : (917) 870-1026 | P: : (332) 236-1454) |
| Patient | Epsilon Quinteros (Male - 3 years 8 months) |
| Breed | Canine - Husky |
| Status | Active (6/9/2020) |
| Weight | 35.2 LBS (15.9666KG) |
| Last Activity | 6/9/2020 |

**Vaccination Record**

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 6/9/2020 | Rabies Inventory | | 293127 | 6/9/2023 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | DHLPP Booster | | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | Rabies | 0101 | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 5/12/2020 | DHLPP Initial | | | 6/12/2020 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |

### Staten Island Mobile Vet

**P: (718) 356-3010**

### Vaccination Record for Beta Quinteros - Victor Quinteros

**Patient's Current Highlights**

| | |
|---|---|
| Client | Victor Quinteros (P: : (347) 938-7354 | P: : (917) 870-1026 | P: : (332) 236-1454) |
| Patient | Beta Quinteros (Female - 3 years 8 months) |
| Breed | Canine - Husky |
| Status | Active (6/9/2020) |
| Weight | 31.5 LBS (14.2883KG) |
| Last Activity | 6/9/2020 |

**Vaccination Record**

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 6/9/2020 | Rabies Inventory | | 293127 | 6/9/2023 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | DHLPP Booster | | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | Rabies | 0098 | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 5/12/2020 | DHLPP Initial | | | 6/12/2020 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |

### Staten Island Mobile Vet

### P: (718) 356-3010

## Vaccination Record for Gamma Quinteros - Victor Quinteros

### Patient's Current Highlights

| | |
|---|---|
| Client | Victor Quinteros (P: : (347) 938-7354 \| P: : (917) 870-1026 \| P: : (332) 236-1454) |
| Patient | Gamma Quinteros (Male - 3 years 8 months) |
| Breed | Canine - Husky |
| Status | Active (6/9/2020) |
| Weight | 31 LBS (14.0615KG) |
| Last Activity | 6/9/2020 |

### Vaccination Record

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 6/9/2020 | Rabies Inventory | | 293127 | 6/9/2023 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | DHLPP Booster | | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | Rabies | 0099 | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 5/12/2020 | DHLPP Initial | | | 6/12/2020 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |

## Staten Island Mobile Vet

### P: (718) 356-3010

## Vaccination Record for Delta Quinteros - Victor Quinteros

### Patient's Current Highlights

| | |
|---|---|
| Client | Victor Quinteros (P: : (347) 938-7354 | P: : (917) 870-1026 | P: : (332) 236-1454) |
| Patient | Delta Quinteros (Male - 3 years 8 months) |
| Breed | Canine - Husky |
| Status | Active (6/9/2020) |
| Weight | 30.3 LBS (13.7440KG) |
| Last Activity | 6/9/2020 |

### Vaccination Record

| Date Vaccinated | Vaccine | Tag | Serial | Date Expires | Practice | Veterinarian |
|---|---|---|---|---|---|---|
| 6/9/2020 | Rabies Inventory | | 293127 | 6/9/2023 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | DHLPP Booster | | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 6/9/2020 | Rabies | 0102 | | 6/9/2021 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |
| 5/12/2020 | DHLPP Initial | | | 6/12/2020 | Staten Island Mobile Vet | Peter Astarbi, D.V.M. |

# KIDNAPPED



# ANASTASIA
## 3 years old
## Siberian Husky

### Kidnapped from
### Her home by ASPCA

On July 29th 2022, 24 innocent service dogs including their puppies were abducted from the Siberian Husky CAMP of America in Staten Island into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to 10 years old were wounded, murdered, intoxicated, caged and brutally separated from loved ones by ASPCA

# KIDNAPPED



## SATURN
**Alias Monet**
1 years old
Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies were abducted from the Siberian Husky CAMP of America in Staten Island into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to 10 years old were wounded, murdered, intoxicated, caged and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## SOPHIA
3 years old
Siberian Husky

Kidnapped from
her home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies were abducted from the Siberian Husky CAMP of America in Staten Island into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to 10 years old were wounded, murdered, intoxicated, caged and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## ALPHACENTAURI

Alias Kusama
7 Months old on the picture

## 2 years old
## Siberian Husky

Kidnapped from
### her home by **ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies were abducted from the Siberian Husky CAMP of America in Staten Island into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to 10 years old were wounded, murdered, intoxicated, caged and brutally separated from loved ones by **ASPCA**

# KIDNAPPED



# ZEUS
## 7 years old
## Siberian Husky

### Kidnapped from
### His home by ASPCA

On July 29th 2022, 24 innocent service dogs including their puppies were abducted from the Siberian Husky CAMP of America in Staten Island into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to 10 years old were wounded, murdered, intoxicated, caged and brutally separated from loved ones by ASPCA



# SIGMA
## 2 years old
## Siberian Husky

Kidnapped from
**her** home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.
24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



**LUCIFER**

Alias Degas
7 Months old on the picture

## 2 years old Siberian Husky

Kidnapped from
her home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies were abducted from the Siberian Husky CAMP of America in Staten Island into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to 10 years old were wounded, murdered, intoxicated, caged and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## MEGATRON

7 months old in the picture

## 2 years old
## Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.
24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## MARS
### alias hudson
### 1 Years old
### Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## APOLLO
### 3 years old
### Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



# MEEKA
## 8 years old
## Siberian Husky

Kidnapped from
her home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## JACK
### 11 years old
### Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



## UPSILON
### Alias BAISHI
### 2 years old
### Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



Date: 7.29.22

Case: 2022-
22021971

Location: 137 VAN DUZER ST.
STATEN ISLAND · NY · 10301

## OCEAN

ALIAS MATISSE
She was 7 Months in the picture

## 2 years old
## Siberian Husky

Kidnapped from
her home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED





## ETA
3 years old
Siberian Husky

Kidnapped from
her home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.
24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

Take a photo of this poster and share it
**Please help bring them home alive.**

# KIDNAPPED



## OMICRON
### Alias Van Gogh
### 2 years old
### Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**

# KIDNAPPED



# TRITON
Alias Hopper
2 years old
Siberian Husky

Kidnapped from
his home **by ASPCA**

On July 29th 2022, 24 innocent service dogs including their puppies
were abducted from the Siberian Husky CAMP of America in Staten Island
into the ASPCA in Manhattan.
Their whereabouts remain unknown.

24 Siberian Huskies ranging in age from less than one month to
10 years old were wounded, murdered, intoxicated, caged
and brutally separated from loved ones **by ASPCA**



ShotVet Pharmacy
2950 Lake Emma Rd
Suite 2030
Lake Mary, FL 32746
United States
(407) 792-0384

GENERATED: 10/17/2023 10:13 AM

## Client Information

Victor Quinteros
227 79
North Bergen, NJ 07047
(917) 870-1026

## Patient Information

| | | | | | Weight | 44 LBS |
|---|---|---|---|---|---|---|
| | | | | | Microchip | NONE |
| Name | Anastasia | Species | Canine | | | |
| Sex | Female | Breed | Husky | | | |
| Status | Active | DOB | 9/12/2019 | | | |
| Id | 20455219 | Age | 4 years 1 month | | | |
| Color | NONE | Tag | 229647 | | | |

## Weight History

| Date | Weight |
|---|---|
| 9/13/2021 | 44 LBS |

## Reminders

| Description | Due Date |
|---|---|
| Rabies | 9/13/2022 |

## Medical Chart from 1/1/2000 - 10/16/2023

Service on 9/13/2021

| 9/13/2021 12:02 AM | Inventory Item | Nobivac Rabies 1 Year 1 dose | Allison Walker, D.V.M. |
|---|---|---|---|
| 9/13/2021 12:02 AM | Procedure | Biohazard Disposal | Allison Walker, D.V.M. |



ShotVet Pharmacy
2950 Lake Emma Rd
Suite 2030
Lake Mary, FL 32746
United States
(407) 792-0384

GENERATED: 10/17/2023 10:12 AM

## Client Information

Victor Quinteros
227 79
North Bergen, NJ 07047
(917) 870-1026

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| | | | | Weight | 70 LBS |
| | | | | Microchip | NONE |
| Name | Zeus | Species | Canine | | |
| Sex | Male Neutered | Breed | Siberian Husky | | |
| Status | Active | DOB | 9/12/2016 | | |
| Id | 20455218 | Age | 7 years 1 month | | |
| Color | NONE | Tag | 229648 | | |

## Weight History

| Date | Weight |
|---|---|
| 9/13/2021 | 70 LBS |

## Reminders

| Description | Due Date |
|---|---|
| Rabies | 9/13/2022 |

**Medical Chart from 1/1/2000 - 10/16/2023**

Service on 9/13/2021

| | | | | |
|---|---|---|---|---|
| 9/13/2021 12:06 AM | Inventory Item | Nobivac Rabies 1 Year 1 dose | Allison Walker, D.V.M. |
| 9/13/2021 12:06 AM | Procedure | Biohazard Disposal | Allison Walker, D.V.M. |



ShotVet Pharmacy
2950 Lake Emma Rd
Suite 2030
Lake Mary, FL 32746
United States
(407) 792-0384

GENERATED: 10/17/2023 10:15 AM

## Client Information

Victor Quinteros
227 79
North Bergen, NJ 07047
(917) 870-1026

## Patient Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Jack | Species | Canine | Weight | 60 LBS |
| Sex | Male Neutered | Breed | Husky | Microchip | NONE |
| Status | Active | DOB | 9/12/2013 | | |
| Id | 20455221 | Age | 10 years 1 month | | |
| Color | NONE | Tag | 229646 | | |

## Weight History

| Date | Weight |
|---|---|
| 9/13/2021 | 60 LBS |

## Reminders

| Description | Due Date |
|---|---|
| Rabies | 9/13/2022 |

**Medical Chart from 1/1/2000 - 10/16/2023**

Service on 9/13/2021

| | | | |
|---|---|---|---|
| 9/13/2021 12:04 AM | Inventory Item | Nobivac Rabies 1 Year 1 dose | Allison Walker, D.V.M. |
| 9/13/2021 12:04 AM | Procedure | Biohazard Disposal | Allison Walker, D.V.M. |



ShotVet Pharmacy
2950 Lake Emma Rd
Suite 2030
Lake Mary, FL 32746
United States
(407) 792-0384

GENERATED: 10/17/2023 10:14 AM

## Client Information

Victor Quinteros
227 79
North Bergen, NJ 07047
(917) 870-1026

## Patient Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Mika | Species | Canine | | Weight | 45 LBS |
| Sex | Female Spayed | Breed | Husky | | Microchip | NONE |
| Status | Active | DOB | 9/12/2016 | | | |
| Id | 20455220 | Age | 7 years 1 month | | | |
| Color | NONE | Tag | 229651 | | | |

## Weight History

| Date | Weight |
|---|---|
| 9/13/2021 | 45 LBS |

## Reminders

| Description | Due Date |
|---|---|
| Rabies | 9/13/2022 |

## Medical Chart from 1/1/2000 - 10/16/2023

------------------------------------------------
Service on 9/13/2021
------------------------------------------------

| | | | |
|---|---|---|---|
| 9/13/2021 12:05 AM | Inventory Item | Nobivac Rabies 1 Year 1 dose | Allison Walker, D.V.M. |
| 9/13/2021 12:05 AM | Procedure | Biohazard Disposal | Allison Walker, D.V.M. |



ShotVet Pharmacy
2950 Lake Emma Rd
Suite 2030
Lake Mary, FL 32746
United States
(407) 792-0384

GENERATED: 10/17/2023 10:16 AM

## Client Information

Victor Quinteros

227 79

North Bergen, NJ 07047

(917) 870-1026

## Patient Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Apollo | Species | Canine | | Weight | 66 LBS |
| Sex | Male | Breed | Husky | | Microchip | NONE |
| Status | Active | DOB | NONE | | | |
| Id | 20455223 | Age | DOB not provided | | | |
| Color | NONE | Tag | 229650 | | | |

## Weight History

| Date | Weight |
|---|---|
| 9/13/2021 | 66 LBS |

## Reminders

| Description | Due Date |
|---|---|
| Rabies | 9/13/2022 |

**Medical Chart from 1/1/2000 - 10/16/2023**

Service on 9/13/2021

| | | | |
|---|---|---|---|
| 9/13/2021 12:02 AM | Inventory Item | Nobivac Rabies 1 Year 1 dose | Allison Walker, D.V.M. |
| 9/13/2021 12:02 AM | Procedure | Biohazard Disposal | Allison Walker, D.V.M. |

**Mount Sinai**

Mount Sinai Center for Comprehensive Care
275 7th Avenue, 12th Floor
New York, NY 10029
Phone: 212-604-1701
Fax: 212-604-1750

Demetre Daskalakis, MD
Livette Johnson, MD
Luz Lugo, MD

Rita Chow, MD
Oscar Klein, MD
Michel Ng, NP

Victor Quinteros
889 St.nicholas Ave
Apt 517
New York NY 10032

**DATE OF BIRTH:**      2/17/1968
**DATE OF VISIT:**      9/28/2023
**PATIENT'S MRN:**      3704599

September 28, 2023

To Whom It May Concern,

Victor Quinteros is being followed in my office.
IN THE PAST, AND CONTINUING NOW PATIENT NEEDS HIS SERVICE DOGS (3)
DUE TO MUTIPLE MEDICAL ISSUES
If further information is required, please obtain written permission from our patient.

Sincerely,

Oscar Klein, MD

# DECLARATION OF VICTOR QUINTEROS IN SUPPORT OF MOTION FOR RECONSIDERATION

**Case No. 25-cv-3497 (RER)(CLP)**
**United States District Court – Eastern District of New York**

I, Victor Quinteros, declare under penalty of perjury under the laws of the United States that the following is true and correct:

I submit this declaration in support of my Motion for Reconsideration pursuant to Federal Rules of Civil Procedure 59(e) and/or 60(b), based on newly referenced and highly material evidence previously not addressed or considered by the Court.

## 1. Exhibit X – Evidence of Bias by Sheriff Teresa Russo

Attached hereto as **Exhibit X** is a screenshot of a public Facebook post dated **September 16, 2020,** showing **Sheriff Teresa Russo** posing with a digital campaign frame promoting the organization **PETA** (People for the Ethical Treatment of Animals), bearing the message:

*"Shoot Selfies, Not Animals" – PETA*

This image indicates a clear ideological alignment with an advocacy group known for its aggressive opposition to animal ownership, especially multiple dog ownership and service animal use.

At the time of the seizure of my animals, Sheriff Russo served as a key law enforcement official involved in the operation. Her association with PETA presents a conflict of interest and undermines the neutrality and lawfulness required in enforcement proceedings. The ideological bias suggested by this exhibit raises legitimate concerns about the fairness of the entire process that led to the seizure and destruction of my animals.

## 2. Relevance to the Case

This exhibit supports my claim that enforcement actions were influenced by ideological motivations rather than objective assessments of fact. I respectfully ask the Court to consider this newly submitted material as part of my request for reconsideration and allow further proceedings to address the full context of the seizure.



officer Teresa Russo
a PETA ACTIVIST "BIAS"



**Alexandra Kahermanes-Schwartz**

Jennifer Nicole what's the address

2w    Like    Reply



**Jennifer Nicole**

Alexandra Kahermanes-Schwartz sorry, I thought your comment was about husky house. I don't have the address for the hoarding situation but hopefully someone else can give you that info. Sounds terrible.

2w    Like    Reply                    1 🤔



**Husky House**

Alexandra Kahermanes-Schwartz 137 Van Duzer Street Staten Island 10301

2w    Like    Reply                    2 👍🤔



Please help us provide the much needed medical care Axel needs



paypal.com

### Donate to Husky House Inc

 25                    35 comments · 20 shares

 Like         Comment         Share

   Write a comment...

obtained who should it be sent to?

1w    Like

View 3 replies...



**Diane Hernandez**
Call The ASPCA of the police animal rescue

1w    Like



**Husky House** · **Follow**
I've been trying to get something done about this. Please call the cops n the ASPCA n demand they do something

1w    Like    Reply              2



**Ashley Sicuranza**
Husky House I've been calling the cops they don't do anything

1d    Like    Reply

   Write a reply...



**Husky House** · **Follow**

Danielle Diaz I don't believe there is electricity or running water. That is what the cops told me

4d    Like    Reply



**Ashley Sicuranza**

Danielle Diaz he breeds the puppies and sells them for like 8k I was doing so much research on him a few weeks ago I even found him walking the dogs I've called the cops called a rescue no one can get these dogs from him it's really a shame because they don't look happy or in healthy shape

1d    Like



**Danielle Diaz**

He must be renting space from the owner of the property. Check out his Facebook page.

EXHIBIT LIST

Exhibit A: Medical records showing ADA-qualifying disability and service and service animal use

- Exhibi ... ppeal or docket entry

- Exhil ... ge extension

- Exh ... RICO predicate acts

- E> ... , and ID of dogs (especially elderly service dog)

- F ... uthanasia or unauthorized adoption