

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 1 9 2025  ★

BROOKLYN OFFICE

Victor Quinteros
99 Wall Street, Suite 1528
New York, NY 10005
Phone: 646-621-4277
Email: victorqu@yahoo.com

August 14, 2025
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Motion for Jury Trial Out of Time – Quinteros v. Husky House LLC, ASPCA, NYPD, Staten
Island Sheriff's Office, Staten Island Advance, Mr. & Mrs. Tommy Chiu, Samantha Gonzalez, Cynthia
Burns, The City of New York and Associated Agencies
Case No.: 1:25-cv-03497

Dear Clerk of Court:

Enclosed please find the following for filing in the above-referenced matter:
1. Motion for Jury Trial Out of Time pursuant to Fed. R. Civ. P. 38(b) and 39(b),
2. [Proposed] Order Granting Plaintiff ' s Motion for Jury Trial Out of Time.

I respectfully request that these documents be docketed promptly and forwarded to the presiding judge
for consideration.

Thank you for your attention to this matter.

Respectfully submitted,

_____
Victor Quinteros
Pro Se Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Victor Quinteros,
Plaintiff,
v.
Husky House LLC; ASPCA; NYPD; Staten Island Sheriff's Office; Staten Island Advance; Mr. & Mrs.
Tommy Chiu; Samantha Gonzalez; Cynthia Burns; The City of New York and Associated Agencies,
Defendants.

Case No.: 1:25-cv-03497

MOTION FOR JURY TRIAL OUT OF TIME

Plaintiff, Victor Quinteros, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 38(b) and 39(b) to allow a jury trial despite the expiration of the original deadline for making such demand. 1. Plaintiff is self-represented (pro se) and has been managing this case while suffering from serious, ongoing health conditions, including severe chronic illness, disability, neuropathy, and related complications. These conditions have significantly impacted Plaintiff's ability to meet certain procedural deadlines. 2. Plaintiff's failure to make a timely jury demand was not intentional, but rather the result of illness, the complexity of federal procedures, and the urgent need to respond to the Defendants' motion to dismiss. 3. This case involves substantial disputes of fact, credibility determinations, and matters affecting constitutional and statutory rights, which are appropriately decided by a jury rather than solely by the Court. 4. Granting this motion will not cause prejudice to the Defendants or unduly delay these proceedings. WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Jury Trial Out of Time, and order that all issues so triable be tried before a jury.

Dated: August 14, 2025

Respectfully submitted,

------------------------------------
Victor Quinteros
99 Wall Street, Suite 1528
New York, NY 10005
Phone: 646-621-4277
Email: victorqu@yahoo.com
Pro Se Plaintiff


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Victor Quinteros,
Plaintiff,
v.
Husky House LLC; ASPCA; NYPD; Staten Island Sheriff's Office; Staten Island Advance; Mr. & Mrs. Tommy Chiu; Samantha Gonzalez; Cynthia Burns; The City of New York and Associated Agencies, Defendants.

Case No.: 1:25-cv-03497

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JURY TRIAL OUT OF TIME

Upon consideration of Plaintiff ' s Motion for Jury Trial Out of Time, and for good cause shown, it is hereby: ORDERED that Plaintiff ' s Motion is GRANTED; and it is further ORDERED that all issues in this case that are triable by a jury shall be tried before a jury in accordance with the Federal Rules of Civil Procedure. SO ORDERED.

Dated: _____

_____
Hon. Cheryl L. Pollak
United States District Judge

CERTIFIED MAIL®

99 Wall Street, Suite 1505
New York, NY 10005

NEW YORK NY

IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ AUG 19 2025 ★

BROOKLYN OFFICE

N.Y. 9589 0710 5270 1800 2113 72

CLERK OF U.S. DISTRICT COURT
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Retail

U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY 10002
AUG 14, 2025

UNITED STATES
POSTAL SERVICE®