

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 08 2025 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## Plaintiff's Supplemental Evidence and Extension of Original Complaint

Plaintiff, Victor Quinteros Marquina, appearing pro se, respectfully submits this Supplemental Evidence and Extension of the Original Complaint to ensure the record before the Court reflects the full scope of violations and damages at issue. This filing is not a new action but a continuation of the original case, filed under the same docket, and is submitted in support of Plaintiff's Motion for Reconsideration of the Court's dismissal.

**Exhibit A:** City of New York & Sheriff Jennifer Russo – Premeditated staging and liability of City.

**Exhibit B:** Staten Island Advance – 200+ photos and defamatory coverage coordinated with authorities.

**Exhibit C:** Cynthia Burns – June 2022 false harassment accusation during attempted dog removal.

**Exhibit D:** Lorraine / Husky House – False 'abandoned husky' claim; instigated sheriff involvement.

**Exhibit E:** Scene Manipulation & Puppy Death – Discovery video evidence of staged neglect; puppy died during raid.

**Exhibit F:** Lost Personal & Professional Property – Jewelry, cameras, printer, furniture, solar panels, clothing.

**Exhibit G:** Lost Professional Archives – 35+ hard drives with 25 years of photography/video work.

**Exhibit H:** Samantha Gonzalez – False claims of destroyed home; reality: clothes and 8 bags of dog food.

**Exhibit I:** Cabin Conditions – Bathroom with running water, labeled dog spaces, weekly cleaning, mattress replacement.

**Exhibit J:** Maintenance & ASPCA Knowledge – White paint upkeep, new flooring samples, prior inspection closed with no issues.

**Exhibit K:** Facebook & Rescue Agencies – False narratives and defamation promoted online, continuing to this day.

**Exhibit L:** Prosecutor & NYPD Press Releases – Government-backed press notes criminalizing Plaintiff.

Clerk of Court
U.S. District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Date: August 28, 2025**

**Re: Victor Quinteros Marquina v. Husky House LLC et al. – Case No. 25-cv-03497**
**Submission of Supplemental Evidence and Extension of Original Complaint**

Dear Clerk:
Enclosed please find Plaintiff's Notice of Supplemental Evidence and Motion for Leave to File Supplemental Evidence, together with Exhibits A–N.
This filing supplements and extends Plaintiff's pending Motion for Reconsideration by providing additional evidence, factual clarifications, and documentation of constitutional violations.
I respectfully request that this Supplemental Evidence be docketed in the above-referenced case and forwarded to the assigned Judge for consideration.

Respectfully,

__/s/ Victor Quinteros Marquina
Plaintiff, Pro Se
99 Wall Street, Suite 1528
New York, NY 10005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit N – Declaration of Victor Quinteros Marquina

Jail Violations – I declare that I was jailed without being told of my right to counsel, denied phone access, isolated for over a month, forced into unpaid tutoring work, and exposed to asbestos, causing ongoing medical issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit M – Declaration of Victor Quinteros Marquina

Dogs as Family & Service Animals – I declare that the 24 seized huskies were service and therapy animals, my family companions, and under my authority as trainer. I demand the return of all surviving dogs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit L – Declaration of Victor Quinteros Marquina

Prosecutor & NYPD Press Releases – I declare that the Staten Island Prosecutor issued defamatory press releases, which the NYPD and ASPCA backed up with press notes, showing coordinated government defamation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit K – Declaration of Victor Quinteros Marquina

Facebook & Rescue Agencies – I declare that rescue agencies and activists spread defamatory claims online, including posts celebrating Lorraine. These remain online today, causing me ongoing reputational harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit I – Declaration of Victor Quinteros Marquina

Cabin Conditions – I declare that the cabin had a bathroom with running water, dogs had labeled spaces, the area was cleaned weekly, and a new mattress was ready to replace the old one. Authorities exaggerated conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit J – Declaration of Victor Quinteros Marquina

Maintenance & ASPCA Knowledge – I declare that I repainted every three months, purchased new flooring, and ASPCA saw the upgrades during a prior inspection that ended with no issues. Despite this, they fabricated neglect claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit G – Declaration of Victor Quinteros Marquina

Lost Professional Archives – I declare that I lost 35+ hard drives containing 25 years of photography and video work, which were irreplaceable and central to my career.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit H – Declaration of Victor Quinteros Marquina

Samantha Gonzalez – I declare that Samantha Gonzalez falsely claimed my home was destroyed. In reality, at the entrance there were laundry and at least 8 bags of dog food, showing supplies for my animals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit E – Declaration of Victor Quinteros Marquina

Scene Manipulation & Puppy Death – I declare that during the July 29 raid, officers staged evidence of neglect. My dogs were healthy and energetic. One puppy died during the raid due to officer negligence, not prior neglect.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit F – Declaration of Victor Quinteros Marquina

Lost Personal & Professional Property – I declare that during/after the raid, I lost jewelry, professional camera equipment, lighting, printer, furniture, solar panels, and clothing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

**Closing Relief Request:**

1. Declaratory judgment recognizing violations of constitutional rights (First, Fourth, Sixth, Eighth, Thirteenth, and Fourteenth Amendments), ADA, and RICO.
2. Immediate return of all surviving service and therapy dogs unlawfully seized on July 29, 2022.
3. Compensatory and punitive damages:
• $900 million against the City of New York and its agencies.
• $1 billion under RICO for conspiracy, racketeering, and retaliation.
• Total reparations requested: $2 billion.
4. Injunctive relief restraining Defendants from further retaliation and defamation; removal of defamatory online posts by rescue agencies.
5. Additional relief for unlawful incarceration: recognition of jail violations, compensation for unpaid labor, and medical monitoring/treatment for asbestos exposure.

**Exhibit M:** Dogs as Family, Service Animals & Training Authority – Recognition as family, ADA service/therapy animals, Plaintiff's authority as trainer.

**Exhibit N:** Jail Violations – Denial of counsel, isolation, unpaid forced labor, asbestos exposure, ongoing medical harm.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit C – Declaration of Victor Quinteros Marquina

Cynthia Burns – I declare that in June 2022, Defendant Cynthia Burns attempted to remove my service dogs without authority and falsely accused me of harassment, a claim later used to justify the raid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit D – Declaration of Victor Quinteros Marquina

Lorraine / Husky House – I declare that Lorraine Healy (Husky House LLC) spread a false story that I abandoned a sick husky I never knew, instigating the Sheriff and fueling harassment online.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit B – Declaration of Victor Quinteros Marquina

Staten Island Advance – I declare that on July 29, 2022, Staten Island Advance published over 200 photos of the raid, including defamatory images, which were coordinated with law enforcement and caused me reputational harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Exhibit A – Declaration of Victor Quinteros Marquina

City of New York & Sheriff Jennifer Russo – I declare that Sheriff Jennifer Russo came to my property on July 28, 2022, staging a case against me, and on July 29, 2022, led the coordinated raid. These actions prove municipal liability and premeditation by the City of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 28, 2025

__/s/ Victor Quinteros Marquina__



Victor Quinteros
99 Wall St 1528
New York, New York 10005

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 08 2025 ★

BROOKLYN OFFICE

Clerk of Court
United States District Court.
Eastern District of New York
225 Cadman Plaza East.
Brooklyn, NY. 11201

US MS

Retail

U.S. POSTAGE
FCM LETTER
NEW YORK, N
SEP 02, 2025

11201

RDC 99

$6.37

S2324P50316

CERTIFIED MAIL

112018183Z C030

