# APPELLATE ADVOCATES

### 111 JOHN STREET - 9TH FLOOR, NEW YORK, NEW YORK 10038
### PHONE: (212) 693-0085    FAX: (212) 693-0878

*ATTORNEY-IN-CHARGE*
**PATRICIA PAZNER**

*ASSISTANT ATTORNEYS-IN-CHARGE*
**DAVID P. GREENBERG**
**MARK W. VORKINK**
**WILLIAM G. KASTIN**

*MANAGING ATTORNEY*
**ANNA KOU**

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    OCT 15 2025    ★

BROOKLYN OFFICE

June 10, 2025

Hon. Mario F. Mattei
Richmond County Supreme Court, Part 16
26 Central Avenue
Staten Island, NY 10301

Re:    People v. Victor Quinteros
A.D. No. 2023-10535
Ind. No. 70622/2022

Your Honor:

Appellate Advocates was assigned by the Appellate Division, Second Department to represent Mr. Victor Quinteros in connection with his appeal from a judgment of the Supreme Court, Richmond County, rendered on September 8, 2023, under Richmond County Ind. No. 70662/2022.

Currently, Mr. Quinteros's appeal is still pending because we have not yet received any minutes or a copy of the Supreme Court file for his case. We are continuing to follow up with the Appellate Division, Second Department, and the Appeals Bureau of the Richmond County, Supreme Court to obtain them.

If I can provide any further information, please feel free to contact me at akou@appad.org, and I would be happy to address them.

Sincerely,

Anna Kou
Managing Attorney
(212) 693-0085, ext. 244

RECEIVED
OCT 15 2025
PRO SE OFFICE

REC'D IN PRO SE OFFICE
OCT 15 '25 AM10:47

OCT 15 25
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VICTOR QUINTEROS MARQUINA,
                    Plaintiff pro se,

      – against –

THE CITY OF NEW YORK and THE AMERICAN SOCIETY FOR THE PREVENTION OF
CRUELTY TO ANIMALS (ASPCA),
                    Defendants.
-----------------------------------------------------------X
Civil Action No. 1:25-cv-03497

PLAINTIFF'S SUPPLEMENTAL MOTION REGARDING ONGOING UNLAWFUL FORFEITURE
AND CONDITIONAL DISCHARGE STATUS
Filed: October 9, 2025
-----------------------------------------------------------X

Plaintiff Victor Quinteros Marquina, appearing pro se, respectfully submits this Supplemental
Motion under Federal Rule of Civil Procedure 15(d) to update the Court on ongoing events
constituting a continuing violation of his constitutional rights.

1.  Plaintiff's twenty-four (24) service dogs were seized on July 29 2022 and later subjected to a
purported forfeiture by Defendants while his related criminal case remains on appeal and the
conditional discharge unresolved.

2.  Under CPLR 5519(a) and Agriculture & Markets Law § 374(8), any forfeiture during a
pending appeal is void or automatically stayed.

3.  Defendants' continuing retention, transfer, or destruction of the animals constitutes an
ongoing deprivation of property without due process in violation of the Fourteenth Amendment
and 42 U.S.C. § 1983.

4.  The decision in *Berger v. ASPCA*, 2024 NY Slip Op 51621(U), supports that replevin and
return become appropriate once criminal matters are resolved, and that any premature forfeiture
interferes with due process.

WHEREFORE, Plaintiff respectfully requests that this Court:
(a) Declare that the forfeiture executed during Plaintiff's pending appeal is void and
unenforceable;
(b) Order Defendants to account for the current status and locations of the twenty-four (24)
service dogs;

(c) Enjoin Defendants from any further transfer or destruction of said animals pending final disposition of this action; and
(d) Grant such other and further relief as the Court deems just and proper.


Dated: October 9 2025      New York, New York


**Victor Quinteros Marquina**
99 Wall Street Suite 1528
New York, NY 10005
Pro Se Plaintiff

October 9th 2025

Notary Public

VICTOR LI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LI6242707
Qualified in Kings County
My Commission Expires June 06, 2027

Victor Quinteros Anaquira
99 Wall St. 15
New York, NY. 10005

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 2809 3926 59

FCM LETTER

UNITED STATES
POSTAL SERVICE

OCT 09, 2025

11201

$5.30

RDC 99                S2324P503166-35

FOREVER/USA

Eastern District of New York federal

Clerk's office

225 Cadman Plaza East

Brooklyn, NY 11201-1892

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 15 2025 ★

BROOKLYN OFFICE

11201-189299