


F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 28 2025 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

Victor Quinteros Marquina,
Plaintiff,

v.

The City of New York, the ASPCA, and Associated Defendants,
Defendants.

Case No.: 1:25-cv-03497-RER-CLP

## MOTION TO STAY FORFEITURE PENDING APPEAL

Plaintiff Victor Quinteros Marquina respectfully moves this Court to stay any and all proceedings relating to the forfeiture or permanent loss of his service animals and property pending the resolution of his state criminal appeal. This motion is brought to preserve Plaintiff's rights pursuant to the doctrine established in Heck v. Humphrey, 512 U.S. 477 (1994), which bars civil actions that would necessarily imply the invalidity of a conviction that has not been reversed or invalidated. Plaintiff is currently pursuing a criminal appeal which may directly impact the legitimacy of the forfeiture actions taken against his animals and related property. Proceeding with or allowing any continued effects of the forfeiture while the appeal is pending would irreparably harm Plaintiff, result in further constitutional violations, and undermine the judicial process. WHEREFORE, Plaintiff respectfully requests that this Honorable Court issue an Order staying any forfeiture-related enforcement or legal conclusion until the resolution of the pending criminal appeal and allow for appropriate amended filings to follow upon its outcome.

Respectfully submitted,

Victor Quinteros Marquina
Pro Se Plaintiff
99 Wall Street, Suite 1528
New York, NY 10005
Phone: 646-709-2472
Email: victorqu@yahoo.com

Signature: _____

**Notary Public:**

Subscribed and sworn to before me this 24th day of October, 2025

_____
Notary Public

RECEIVED
OCT 29 2025
PRO SE OFFICE

JASON LI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LI6228755
Qualified in Kings County
My Commission Expires 09-27-2026



# Amended Complaint and Motion to Stay Forfeiture Pending Appeal

**Victor Quinteros Marquina**
99 Wall Street, Suite 1528
New York, NY 10005
Phone: (646) 709-2472
Email: victorqu@yahoo.com
Pro Se Plaintiff

**Primary Defendants:**
- The City of New York and Associated Agencies
- ASPCA
**Secondary Defendants:**
- NYPD
- Staten Island Sheriff's Office
- Staten Island Advance
- Husky House LLC (New Jersey)
- Lorraine Mealy
- Mr. & Mrs. Tommy Chiu
- Cynthia Burns
- Samantha Gonzalez (mobile home owner)

**MOTION TO STAY PENDING APPEAL:**
Plaintiff respectfully moves this Court to stay the current proceedings and the enforcement or effect of any forfeiture of property (including the custody or disposition of Plaintiff's dogs), pending the resolution of Plaintiff's ongoing criminal appeal in state court. The appeal is directly related to the circumstances under which the forfeiture occurred, and adjudicating this civil matter before the appeal concludes would risk violating the principles set forth in *Heck v. Humphrey*. Furthermore, Plaintiff contends that the dogs in question are not only property, but living beings with federally recognized therapeutic and service training purposes. The unjustified euthanasia and dispersal of these animals constitutes irreparable harm and demands preservation of all related claims. Plaintiff has presented evidence of: - Unlawful seizure and castration of service dogs. - Coercive financial pressure including an excessive $50,000 animal care bond and $20,000 bail. - Violations of constitutional protections under the 1st, 4th, 8th, and 14th Amendments. - Targeted retaliation following police complaints. - RICO-like collaboration between municipal authorities and private entities (ASPCA). Accordingly, Plaintiff respectfully requests: 1. That this Court stay the current proceedings pending resolution of the state criminal appeal. 2. That all forfeiture actions be suspended or reversed until due process is fully resolved. 3. That the $2 Billion damage claim against The City of New York and ASPCA be retained as the core of this civil action.
Respectfully submitted,

Victor Quinteros Marquina

Subscribed and sworn before me this 2 4 day of October, 2025

Notary Public

JASON LI
NOTARY PUBLIC STATE OF NEW YORK
No. 01LI6228755
Qualified in Kings County
My Commission Expires 09-27-2026

# AMENDED COMPLAINT

Victor Quinteros Marquina
Plaintiff, Pro Se
99 Wall Street, Suite 1528
New York, NY 10005
Phone: (646) 709█2472
Email: victorqu@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
Case No.: 1:25-cv-03497-RER-CLP

Victor Quinteros Marquina,
Plaintiff,

v.

City of New York and Associated Agencies, ASPCA,
NYPD, Staten Island Sheriff's Office,
Husky House LLC, Lorraine Mealy,
Staten Island Advance, Mr. & Mrs. Tommy Chiu,
Cynthia Burns, Samantha Gonzalez,
Defendants.

Plaintiff respectfully submits this AMENDED COMPLAINT in accordance with the Federal Rules of Civil Procedure, and asserts the following constitutional violations: 1. VIOLATION OF THE FOURTEENTH AMENDMENT – DUE PROCESS AND UNCONSTITUTIONAL TAKING
- $50,000 Animal Care Bond was an unlawful deprivation of property without due process.
- Forfeiture imposed prior to criminal conviction.
2. VIOLATION OF THE EIGHTH AMENDMENT – EXCESSIVE BAIL AND FINES
- Combined $70,000 demand ($50K bond + $20K bail) punished financial status.
3. VIOLATION OF THE FOURTH AMENDMENT – UNREASONABLE SEIZURE
- Continued seizure of person and property based on unconstitutional financial conditions.
4. VIOLATION OF THE FIRST AMENDMENT
- Retaliation against Plaintiff's public advocacy and protected speech on social media and complaints to oversight authorities.
Plaintiff's service animals (24 total) were wrongly seized, with at least 5 euthanized and others illegally adopted. These animals were not merely property but therapy dogs, competition animals, and working service animals. Plaintiff seeks monetary damages of $2 billion and declaratory relief voiding the forfeiture.

Dated: October 24, 2025

Respectfully submitted,

Victor Quinteros Marquina
Pro Se Plaintiff