UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Victor Quinteros Marquina, Pro Se

Plaintiff,

v.

The City of New York, ASPCA, NYPD, Staten Island Sheriff's Office, Staten Island Advance, Husky House LLC, Lorraine Mealy, Cynthia Burns, Samantha Gonzalez, Mr. & Mrs. Tommy Chiu

Defendants.

Case No. 1:25-cv-03497-RER-CLP

### SECOND AMENDED COMPLAINT

Plaintiff Victor Quinteros Marquina respectfully submits this Second Amended Complaint, asserting the following causes of action under 42 U.S.C. §§ 1983, 1985(3), the Fourth, Eighth, and Fourteenth Amendments to the U.S. Constitution, and related claims arising from the unlawful seizure, euthanasia, and adoption of Plaintiff's 24 service animals and therapy dogs in training.

This action targets violations carried out by municipal and private entities, notably the City of New York and the ASPCA, with additional individual actors named for their direct role in executing or supporting the unlawful seizure, malicious prosecution, retaliation, defamation, and irreparable harm to Plaintiff's livelihood, property, and liberty interests.

Respectfully submitted,

Victor Quinteros Marquina

99 Wall Street, Suite 1528

New York, NY 10005

victorqu@yahoo.com | (646) 709-2472