New York, NY 10005
Phone: (646) 709-2472
Email: victorqu@yahoo.com

**Date:** December 29, 2025

---

**Clerk of Court**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

---

**Re:** Quinteros Marquina v. Husky House LLC et al.
Case No.: **1:25-cv-03497**

---

Dear Clerk,

I respectfully submit the enclosed **Notice of Appeal** as a **duplicate courtesy filing** of my previously submitted Notice of Appeal, originally filed in early December 2025. Because the original filing has not yet appeared on the docket and given the holiday processing period, I am resubmitting this Notice to ensure the record is clear.

If the original Notice of Appeal is already on file, please treat this as a duplicate. If it is not, I respectfully request that this Notice of Appeal be docketed as filed and considered timely. Any clerical corrections, such as formatting and judicial identification, have been updated in good faith.

Thank you for your attention to this matter.

Respectfully submitted,

---

**Victor Quinteros Marquina**
Plaintiff, Pro Se

---

#  DOCUMENT 1 – NOTICE OF APPEAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Victor Quinteros Marquina**,
Plaintiff,

v.

**Husky House LLC; Lorraine Mealy; ASPCA; NYPD; Staten Island Sheriff's Office; Staten Island Advance; Mr. & Mrs. Tommy Chiu; Samantha Gonzalez; Cynthia Burns; The City of New York and Associated Agencies**,
Defendants.

Case No.: **1:25-cv-03497-RER-CLP**

# NOTICE OF APPEAL

Plaintiff **Victor Quinteros Marquina**, appearing pro se, hereby gives notice that he appeals to the **United States Court of Appeals for the Second Circuit** from the Memorandum & Order entered on **November 25, 2025**, by the Honorable **Ramon E. Reyes, Jr.**, United States District Judge, which:

1. Denied Plaintiff's Motion to Vacate;
2. Denied Plaintiff's Motion for Reconsideration;
3. Denied Plaintiff's Motion to Stay;
4. Denied Plaintiff's supplemental filings;
5. Denied Plaintiff leave to appeal in forma pauperis; and
6. Directed the Clerk of Court to close this action.

This Notice of Appeal is intended to preserve Plaintiff's appellate rights under **Federal Rule of Appellate Procedure 4(a)(1)(A).**

**Dated:** December 29, 2025
New York, New York

Respectfully submitted,

**Victor Quinteros Marquina**
99 Wall Street, Suite 1528
New York, NY 10005
Email: victorqu@yahoo.com
Phone: (646) 709-2472
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I certify that on the date below, I mailed a copy of this **Notice of Appeal** to the Clerk of Court by First-Class U.S. Mail and served all defendants via the Court's CM/ECF system and/or by mail to their last known addresses of record.

Dated: December 29, 2025

**Victor Quinteros Marquina**

# 📄 DOCUMENT 2 – COVER LETTER TO CLERK

(Place on its own page)

**Victor Quinteros Marquina**
99 Wall Street, Suite 1528

Victor Quinteros Marquina
99 Wall St. Suite 1528
New York, New York 10005



Retail

U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10007
DEC 29, 2025

11201

$6.93

RDC 99

S2324E502986-02

Clerk of Court
U.S. District Court - EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

BROOKLYN OFFICE



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3212 5896 36